Appeal No. 4410 from Judgment dated March 22,1993; Joe N. Pigott, Ruling Judge, Scott County Circuit Court.
Hez L. Hollingsworth, Thompson & Holl-ingsworth, Forest, J. Max Kilpatrick, Philadelphia, for appellant.
Michael C. Moore, Atty. Gen., Scott Stuart, Sp. Asst. Atty. Gen., Wayne Snuggs, Asst. Atty. Gen., Jackson, for appellee.
Before PRATHER, P.J., and BANKS and McRAE, JJ.
Affirmed.
HAWKINS, C.J., DAN M. LEE, P.J., and SULLIVAN, PITTMAN, JAMES L. ROBERTS, Jr., and SMITH, JJ., concur.